Certificate Number: 12433-PAE-DE-030396567

Bankruptcy Case Number: 17-17585


12433-PAE-DE-030396567

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2018</u>, at <u>11:59</u> o'clock <u>AM EST</u>, <u>Thomas J. Malarik</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 7, 2018</u>          By:    <u>/s/Lance Brechbill</u>

                                       Name:  <u>Lance Brechbill</u>

                                       Title: <u>Teacher</u>