IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: THOMAS J. MALARIK<br>**Debtor(s)** | CHAPTER 13 |
| AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST | CASE NO. 17-17585 (REF)<br><br>HEARING DATE: **2-22-18 at 9:30 AM**<br><br>11 U.S.C. 362 |
| **Moving Party** | |
| v.<br>THOMAS J. MALARIK<br>**Respondent(s)** | |
| FREDERICK L. REIGLE<br>**Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

1. 2016 Honda Civic bearing vehicle identification number 2HGFC2F57GH509199
2. 2016 Honda Accord bearing vehicle identification number 1HGCR2F50GA182077

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: February 26, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE