United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas J Malarik  
     Debtor

Case No. 17-17585-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db         +Thomas J Malarik,    709 Seitz Street,    Easton, PA 18042-6545  
cr         +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 27 2018 02:09:42  
          American Honda Finance Corporation,   d/b/a Honda Financial Services,,    administrtor for Honda Lease Trust,    3625 W. Royal Lane,    #200,    Irving, TX  75063  
                                                                                                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Thomas J Malarik dmo160west@gmail.com,    davidoffenecf@gmail.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor    City of Easton jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation    ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: THOMAS J. MALARIK<br>**Debtor(s)** | CHAPTER 13 |
| AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST | CASE NO. 17-17585 (REF)<br><br>HEARING DATE: **2-22-18 at 9:30 AM**<br><br>11 U.S.C. 362 |
| **Moving Party** | |
| v.<br>THOMAS J. MALARIK<br>**Respondent(s)** | |
| FREDERICK L. REIGLE<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

1. 2016 Honda Civic bearing vehicle identification number 2HGFC2F57GH509199
2. 2016 Honda Accord bearing vehicle identification number 1HGCR2F50GA182077

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: February 26, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE