## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Thomas J Malarik        :       Chapter 13
                                     :
             Debtor.                 :       Bankruptcy No.  17-17585 (REF)

### PRAECIPE TO WITHDRAW CLAIM # 4 OF CITY OF EASTON

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 4 of City of Easton.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341
      Attorney for City of Easton

Dated:  June 1, 2018