United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-17585-ref
Thomas J Malarik                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 1           Date Rcvd: Jul 20, 2018
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db              +Thomas J Malarik,   709 Seitz Street,   Easton, PA 18042-6545
cr              +City of Easton,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                  Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 21 2018 02:07:17
                  American Honda Finance Corporation,   d/b/a Honda Financial Services,,
                  administrtor for Honda Lease Trust,   3625 W. Royal Lane,   #200,   Irving, TX  75063
                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Thomas J Malarik dmo160west@gmail.com,
           davidoffenecf@gmail.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Pacific Union Financial, LLC
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                               TOTAL: 9

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Thomas J. Malarik   )      Chapter 13
                             )
         Debtor              )      17-17585-REF
                             )
                             )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

Date: July 20, 2018

_____                 _____
DATED:                            HONORABLE RICHARD E. FEHLING
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Esquire, Trustee

David M. Offen, Esquire