IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :        CHAPTER 13

Thomas J. Malarik                      :        No. 17-17585-REF
    Debtor

ANSWER TO MOTION OF PACIFIC UNION FINANCIAL, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. It is admitted that the Debtor missed some payments.

7. Debtor opposes the same.

8. Denied.

9. Denied as relevant.

10. Denied.

11. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 09/28/18