```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                              :     CHAPTER 13
      Thomas J Malarik                 :     No. 17-17585-REF
         Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on September 28, 2018 on the Chapter 13 Interim Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

KEVIN G.MCDONALD on behalf of Pacific Union Financial, LLC.
Bkgroup@kmllawgroup.com

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                              601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

9/28/18