**HONDA**
Financial Services

March 29, 2019

SCOTT WATERMAN
2901 ST LAWRENCE AVE SUITE 100
READING, PA  19606

## PROOF OF CLAIM WITHDRAWN

Re:  Thomas J Malarik
     Lease Number: 318514480
     2016 Honda Accord
     VIN:  1HGCR2F50GA182077
     Case Number: 1717585

Dear SCOTT WATERMAN:

American Honda Finance Corporation has withdrawn Proof of Claim Number 8, dated March 28, 2019 in the case number referenced above.

If you have any questions, associates are available to assist you at (866) 716-6444.

Sincerely,

*Amber Bowens*
Amber B.
**Honda Financial Services**
(888) 425-4814

Honda Financial Services is a DBA of American Honda Finance Corporation

hnpocwthdrw