United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas J Malarik  
    Debtor  

Case No. 17-17585-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 04, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.  
14081485     #+Pacific Union Financial, LLC,   7880 Bent Branch Drive #100,   Irving, TX 75063-6046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Thomas J Malarik dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor   City of Easton jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
        SCOTT  WATERMAN   ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   American Honda Finance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                      TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17585-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas J Malarik
709 Seitz Street
Easton PA 18042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/03/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/06/19

Tim McGrath
**CLERK OF THE COURT**