IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Thomas J. Malarik | : | No. 17-17585-REF |
| Debtor | : | |

## ANSWER TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Debtor Thomas J. Malarik, by his Attorney David M. Offen respectfully submit the following:

A Stipulation Order curing post-petition mortgage arrears was entered on December 27, 2018. The debtor had cured the arrears in total with a lump sum payment and as a result, the debtor's Chapter 13 plan did not need to be Modified to include the same.

WHEREFORE, the Debtor respectfully requests that the Trustee withdraw the foregoing Motion to Dismiss for feasibility.

Respectfully submitted,

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 7/16/19

### CERTIFICATE OF SERVICE

The Standing Chapter 13 Trustee Scott F. Waterman, will be served by electronic mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 7/16/19