IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13

Thomas J Malarik                :    No.  17-17585-ELF
  Debtor

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Motion to Modify filed on December 5, 2019.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:   December 5, 2019