UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :

THOMAS J/ MALARIK

                                                                             : Bankruptcy No. 17-17585 ELF
        Debtor(s)                                 : Chapter 13

# ORDER

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, it is hereby **ORDERED** this case is dismissed and that an wage orders previously entered are **VACATED**.

Date: 12/6/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**