**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re | Thomas J Malarik | ) Chapter 13 |
| | Debtor | ) |
| | | ) No. 17-17585-ELF |
| | | ) |
| | | ) |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Vacate Order Dismissing Case and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date: 1/21/20