United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17585-elf
Thomas J Malarik                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Randi            Page 1 of 2           Date Rcvd: Jan 27, 2020
                             Form ID: pdf900        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
db            +Thomas J Malarik,    709 Seitz Street,    Easton, PA 18042-6545
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14045331      +American Honda Finance Corporation,    d/b/a Honda Financial Services,,   c/o Morton & Craig,
                110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
14010915     #+CITY OF EASTON,   ONE SOUTH THIRD STREET,     ALPHA BUILDING,    Easton, PA 18042-4543
14010912      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14040131      +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14010918      +JEFFREY P KELLY, ESQ,    PO BOX 391,   Norristown, PA 19404-0391
14010919      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14274302      +Nationstar Mortgage LLC D/B/A Mr. Cooper,     Shapiro & DeNardo, LLC,    3600 Horizon Drive,
                Suite 150,    King of Prussia, PA 19406-4702
14301446      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     PO Box 619096,    Dallas, TX 75261-9096
14010920      +One Main,   PO Box 3251,    Easton, PA 18043-3251
14010921      +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14022514      +Pacific Union Financial, LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14010922     #+RMS,   PO Box 361598,    Columbus, OH 43236-1598
14010923      +Skin Laser & Surgery,    105 Raider Blvd.,    Suite 203,    Hillsborough, NJ 08844-1528
14010925      +United Collection Bureau,    PO Box 140310,   Toledo, OH 43614-0310
14010926      +Velocity,    1800 Routh 34 North,    Suite 404A,    Wall, NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2020 03:22:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 28 2020 03:22:22      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 28 2020 03:22:19
                American Honda Finance Corporation,    d/b/a Honda Financial Services,,
                administrtor for Honda Lease Trust,    3625 W. Royal Lane,    #200,    Irving, TX  75063
14010907       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 28 2020 03:22:19       American Honda Finance,
                Po Box 168088,    Irving, TX 75016
14014992       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 28 2020 03:22:19
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
14080523      +E-mail/Text: g20956@att.com Jan 28 2020 03:22:29       AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO   PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
14010909       E-mail/Text: paymentprocessing@avanteusa.com Jan 28 2020 03:21:59       Avante USA,
                3600 S Gessner Road  suite 225,    Houston, TX 77063
14010911      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 03:18:23       Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14018449       E-mail/Text: mrdiscen@discover.com Jan 28 2020 03:22:01       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
14010916      +E-mail/Text: mrdiscen@discover.com Jan 28 2020 03:22:01       Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14010917      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 28 2020 03:22:29
                Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14054645       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2020 03:17:13
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14010924      +E-mail/Text: bankruptcy@sw-credit.com Jan 28 2020 03:22:17       Southwest Credit Systems,
                4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14010908*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: American Honda Finance,     Po Box 168088,    Irving, TX 75016)
14010913*     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14010910    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14010914    ##+Chase Receivables,    PO Box 159,    Hawthorne, NY 10532-0159
14081485    ##+Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
                                                                                 TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4          User: Randi              Page 2 of 2                   Date Rcvd: Jan 27, 2020
                              Form ID: pdf900          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Thomas J Malarik dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | THOMAS J. MALARIK, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 17-17585 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 6, 2019 (Doc. # 63)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

Date: January 27, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**