IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
|  | : |  |
| Thomas J. Malarik | : | No. 17-17585-REF |
| Debtor | : |  |

### ANSWER TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Debtor Thomas J. Malarik, by his Attorney David M. Offen respectfully submit the following:

A Stipulation Order curing post-petition mortgage arrears was entered on December 27, 2018. The debtor had cured the arrears in total with a lump sum payment and as a result, the debtor's Chapter 13 plan did not need to be Modified to include the same. Debtor is looking to get an Amended Stipulation showing that he is current and debtor's counsel is trying to resolve with the opposing counsel.

WHEREFORE, the Debtor respectfully requests that the Trustee's foregoing Motion to Dismiss for feasibility is DENIED and the Motion is to be carried to a future date.

Respectfully submitted,

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 7/31/2020

CERTIFICATE OF SERVICE

The Standing Chapter 13 Trustee Scott F. Waterman, will be served by electronic mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 7/16/19