Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 17-17585-PMM**

THOMAS J MALARIK  
709 SEITZ STREET  
EASTON  PA  18042

Petition Filed Date: 11/07/2017  
341 Hearing Date: 01/09/2018  
Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $540.00 | | 02/08/2019 | $540.00 | | 03/11/2019 | $540.00 | |
| 04/09/2019 | $540.00 | | 05/09/2019 | $540.00 | | 06/10/2019 | $540.00 | |
| 07/09/2019 | $540.00 | | 08/08/2019 | $540.00 | | 09/09/2019 | $540.00 | |
| 10/09/2019 | $540.00 | 6241670000 | 11/07/2019 | $540.00 | 6315144000 | 11/07/2019 | $540.00 | 6315144000 |
| 11/07/2019 | $540.00 | 6315144000 | 11/07/2019 | ($540.00) | 6315144000 | 11/07/2019 | ($540.00) | 6315144000 |
| 12/09/2019 | $540.00 | 6393085000 | 03/03/2020 | $865.00 | 9607800486 | 03/03/2020 | $865.00 | 9607800487 |
| 04/13/2020 | $430.00 | 6708519000 | 05/06/2020 | $540.00 | 6773807000 | 06/11/2020 | $540.00 | 6852977000 |
| 07/08/2020 | $540.00 | 6927387000 | 08/10/2020 | $540.00 | 7001668000 | | | |

**Total Receipts for the Period:** $10,800.00   **Amount Refunded to Debtor Since Filing:** $0.00   **Total Receipts Since Filing:** $17,520.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Unsecured Creditors | $18,157.46 | $0.00 | $18,157.46 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 006 | Unsecured Creditors | $612.94 | $0.00 | $612.94 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,261.02 | $0.00 | $6,261.02 |
| 4 | CITY OF EASTON<br>»» 004 | Secured Creditors | $3,799.60 | $0.00 | $3,799.60 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $20,788.47 | $7,879.91 | $12,908.56 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07P | Mortgage Arrears | $7,267.32 | $0.00 | $7,267.32 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $9,736.58 | $0.00 | $9,736.58 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 17-17585-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,520.00 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $11,379.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,525.10 | Total Plan Base: | $32,100.00 |
| Funds on Hand: | $4,614.99 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.