```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:                    :   CHAPTER 13
                                   :
         Thomas J. Malarik         :   No. 17-17585-PMM
              Debtor               :
```

CERTIFICATE OF NO OBJECTION TO MODIFY PLAN AFTER CONFIRMATION

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify and respectfully request that the Order attached to the Motion be approved.

Date:11/18/20

/s/ David M. Offen
David M. Offen
Attorney for Debtor
601 Walnut Street
The Curtis Center
Suite 160 West
Philadelphia, PA 19106
215-625-9600