IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Thomas J. Malarik | : | No. 17-17585-PMM |
| Debtor | : | |

O R D E R

AND NOW, this 19th day of November, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby **ORDERED**, that the Motion is **GRANTED** and the Debtor's Modified Plan filed on NOVEMBER 16, 2020 (doc. no.76) is hereby **CONFIRMED**.

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Thomas J. Malarik