| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-17585-PMM**

THOMAS J MALARIK
709 SEITZ STREET
EASTON  PA    18042

Petition Filed Date: 11/07/2017
341 Hearing Date: 01/09/2018
Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2020 | $865.00 | 9607800486 | 03/03/2020 | $865.00 | 9607800487 | 04/13/2020 | $430.00 | 6708519000 |
| 05/06/2020 | $540.00 | 6773807000 | 06/11/2020 | $540.00 | 6852977000 | 07/08/2020 | $540.00 | 6927387000 |
| 08/10/2020 | $540.00 | 7001668000 | 09/09/2020 | $540.00 | 7073756000 | 10/08/2020 | $540.00 | 7146095000 |
| 11/09/2020 | $540.00 | 7222640000 | 12/08/2020 | $985.00 | 7293910000 | 01/08/2021 | $1,000.00 | 7365106000 |
| 02/09/2021 | $1,000.00 | 7444119000 | 03/08/2021 | $1,000.00 | 7511629000 | 04/08/2021 | $1,000.00 | 7588120000 |
| 05/10/2021 | $1,000.00 | 7660278000 | 06/09/2021 | $1,000.00 | 7731664000 | | | |

**Total Receipts for the Period: $12,925.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Unsecured Creditors | $18,157.46 | $0.00 | $18,157.46 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 006 | Unsecured Creditors | $612.94 | $0.00 | $612.94 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,261.02 | $0.00 | $6,261.02 |
| 4 | CITY OF EASTON<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $20,788.47 | $13,294.31 | $7,494.16 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07P | Mortgage Arrears | $7,267.32 | $4,327.04 | $2,940.28 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $9,736.58 | $0.00 | $9,736.58 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 17-17585-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,125.00 | Current Monthly Payment: | $985.00 |
| Paid to Claims: | $21,121.35 | Arrearages: | $355.00 |
| Paid to Trustee: | $2,203.65 | Total Plan Base: | $43,225.00 |
| Funds on Hand: | $2,800.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.