| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17585-PMM**

THOMAS J  MALARIK
709 SEITZ STREET
EASTON  PA    18042

Petition Filed Date: 11/07/2017
341 Hearing Date: 01/09/2018
Confirmation Date: 07/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $1,000.00 | 7588120000 | 05/10/2021 | $1,000.00 | 7660278000 | 06/09/2021 | $1,000.00 | 7731664000 |
| 07/09/2021 | $1,000.00 | 7799049000 | 08/11/2021 | $1,000.00 | 7872360000 | 09/10/2021 | $1,000.00 | 7939659000 |
| 10/12/2021 | $1,000.00 | 8007864000 | 11/08/2021 | $1,000.00 | 8071167000 | 12/09/2021 | $1,000.00 | 8136539000 |
| 01/07/2022 | $1,000.00 | 8196955000 | 02/09/2022 | $1,000.00 | 8265713000 | 03/08/2022 | $1,000.00 | 8327252000 |
| 04/11/2022 | $1,000.00 | 8395057000 | 05/09/2022 | $1,000.00 | 8456092000 | 06/10/2022 | $1,000.00 | 8520701000 |
| 07/12/2022 | $1,000.00 | 8575860000 | | | | | | |

**Total Receipts for the Period: $16,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Unsecured Creditors | $18,157.46 | $1,224.97 | $16,932.49 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 006 | Unsecured Creditors | $612.94 | $41.35 | $571.59 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,261.02 | $422.38 | $5,838.64 |
| 4 | CITY OF EASTON<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $20,788.47 | $20,788.47 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07P | Mortgage Arrears | $7,267.32 | $7,267.32 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $9,736.58 | $656.86 | $9,079.72 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 17-17585-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,125.00 | Current Monthly Payment: | $985.00 |
| Paid to Claims: | $33,901.35 | Arrearages: | $160.00 |
| Paid to Trustee: | $3,303.65 | Total Plan Base: | $43,225.00 |
| Funds on Hand: | $1,920.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.