United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 17-17585-pmm

Thomas J Malarik                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                                       Page 1 of 2
Date Rcvd: Dec 13, 2022                       Form ID: pdf900                                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

**Recip ID**          **Recipient Name and Address**
db             + Thomas J Malarik, 709 Seitz Street, Easton, PA 18042-6545

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022                                           Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

**Name**                                             **Email Address**
CHRISTOPHER A. DENARDO
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com

DAVID M. OFFEN
    on behalf of Debtor Thomas J Malarik dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JAMES RANDOLPH WOOD
    on behalf of Creditor City of Easton jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KEVIN G. MCDONALD
    on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

MATTEO SAMUEL WEINER
    on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 13

```
            IN
    FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:          :      CHAPTER 13
                        :
    Thomas J. Malarik   :      No. 17-17585-PMM
          Debtor        :
```

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $1,000.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

12/13/22                                    *Patricia M. Mayer*
────────────                    ─────────────────────────────────
**DATED**                            **HONORABLE PATRICIA M. MAYER**
                                     **UNITED STATES BANKRUPTCY JUDGE**