United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17585-pmm |
| Thomas J Malarik | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Malarik, 709 Seitz Street, Easton, PA 18042-6545 |
| 14045331 | + | American Honda Finance Corporation, d/b/a Honda Financial Services,, c/o Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14010914 | + | Chase Receivables, PO Box 159, Hawthorne, NY 10532-0159 |
| 14040131 | + | City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14010918 | + | JEFFREY P KELLY, ESQ, PO BOX 391, Norristown, PA 19404-0391 |
| 14274302 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14010920 | + | One Main, PO Box 3251, Easton, PA 18043-3251 |
| 14081485 | + | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |
| 14022514 | + | Pacific Union Financial, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14010923 | + | Skin Laser & Surgery, 105 Raider Blvd., Suite 203, Hillsborough, NJ 08844-1528 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 31 2023 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2023 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14010907 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 31 2023 00:10:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14014992 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 31 2023 00:10:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14080523 | + | Email/Text: g20956@att.com | Jan 31 2023 00:10:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14010909 | | Email/Text: paymentprocessing@avanteusa.com | Jan 31 2023 00:10:00 | Avante USA, 3600 S Gessner Road suite 225, Houston, TX 77063 |
| 14010910 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 31 2023 00:10:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14010911 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2023 00:20:45 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14018449 | | Email/Text: mrdiscen@discover.com | Jan 31 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Bypass/Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany Ohio 43054-3025 |
| 14010916 | + | Email/Text: mrdiscen@discover.com | Jan 31 2023 00:10:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14010917 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 31 2023 00:10:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14010912 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2023 00:20:40 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14010919 | ^ | MEBN | Jan 31 2023 00:05:43 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14301446 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2023 00:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14054645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2023 00:20:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14010921 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2023 00:10:00 | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14010924 | + | Email/Text: bankruptcy@sw-credit.com | Jan 31 2023 00:10:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 14010925 | + | Email/Text: BAN140310@UCBINC.COM | Jan 31 2023 00:10:00 | United Collection Bureau, PO Box 140310, Toledo, OH 43614-0310 |
| 14010926 | ^ | MEBN | Jan 31 2023 00:05:43 | Velocity, 1800 Routh 34 North, Suite 404A, Wall, NJ 07719-9147 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14010908 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14010913 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14010915 | ##+ | CITY OF EASTON, ONE SOUTH THIRD STREET, ALPHA BUILDING, Easton, PA 18042-4543 |
| 14010922 | ##+ | RMS, PO Box 361598, Columbus, OH 43236-1598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com |
| DAVID M. OFFEN | on behalf of Debtor Thomas J Malarik dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Easton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas J Malarik
        Debtor(s)

Case No: 17−17585−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/30/23

95 − 89
Form 138OBJ